BUCHALTER LLP
Josh H. Escovedo, State Bar No. 284506
jescovedo@buchalter.com
Emily G. Malhiot, State Bar No. 330082
emalhiot@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA  95814
Telephone: 916.945.5170

Attorneys for Defendants
Sourcis, Inc., dba Mexico Bariatric Center,
and Shahram Elli, Ph.D.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| TAD ROEMELING and AUSTIN ROEMELING,<br><br>Plaintiffs,<br><br>vs.<br><br>SOURCIS, INC., DBA MEXICO BARIATRIC CENTER; MEXICO BARIATRIC CENTER; SHAHRAM ELLI, PH.D.; HOSPITAL AZAR; AZAR SPECIALTY HOSPITAL; DR. JESUS DE JESUS CEJA ESQUIVEZ, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03381-JAM-CSK<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING (ECF No.7)** |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs Tad Roemeling and Austin Roemeling and Defendants Sourcis, Inc., dba Mexico Bariatric Center, and Shahram Elli, Ph.D. (collectively, "Sourcis Defendants"), by and through their respective counsel of record, stipulate as follows:

1.      Plaintiffs filed this action on November 20, 2025.

2.      Plaintiffs served Sourcis Defendants with the waivers of service of summons on March 6, 2026.

///

3. Pursuant to a prior stipulation between the Parties, the responsive pleading deadline was continued to June 2, 2026. Because the stipulation was made under Eastern District Local Rule 144(a), the Court need not approve that stipulation.

4. Despite diligent efforts, counsel for Sourcis Defendants have been unable to communicate with their clients. As a result, counsel will file a Motion to Withdraw as Counsel of Record to be heard on July 14, 2026. Counsel for Sourcis Defendants have notified Plaintiffs' counsel of this development.

5. There are no other pending deadlines in this case that would be affected by the request for extension.

6. Accordingly, the Parties agree that Sourcis Defendants will now have until July 28, 2026 to file a responsive pleading to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED:  June 4, 2026                          BUCHALTER LLP


                                              By: */s/ EMILY MALHIOT*
                                                       Emily G. Malhiot
                                                   Attorneys for Defendants
                                              Sourcis, Inc., dba Mexico Bariatric Center,
                                                   and Shahram Elli, Ph.D.


DATED:  June 4, 2026                          SCHULTZ LAW GROUP, PC


                                              By:    */S/ STEVEN H. SCHULTZ*
                                                       Steven H. Schultz
                                                   Attorney for Plaintiffs
                                              Tad Roemeling and Austin Roemeling

# **ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor, Defendants Sourcis, Inc. dba Mexico Bariatric Center and Shahram Elli shall have until **July 28, 2026**, to file their responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: June 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE