BUCHALTER LLP
Josh H. Escovedo, State Bar No. 284506
jescovedo@buchalter.com
Emily G. Malhiot, State Bar No. 330082
emalhiot@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

Attorneys for Defendants
Sourcis, Inc. and Shahram Elli, Ph.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

TAD ROEMELING and AUSTIN ROEMELING,

Plaintiffs,

vs.

SOURCIS, INC., DBA MEXICO BARIATRIC CENTER; MEXICO BARIATRIC CENTER; SHAHRAM ELLI, PH.D.; HOSPITAL AZAR; AZAR SPECIALTY HOSPITAL; DR. JESUS DE JESUS CEJA ESQUIVEZ, and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:25-cv-03381-JAM-CSK

**THIRD STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING (ECF No. 9)**

Pursuant to Eastern District Local Rule 144(a), Plaintiffs Tad Roemeling and Austin Roemeling and Defendants Sourcis, Inc. and Shahram Elli, Ph.D. (collectively, “Sourcis Defendants”), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs filed this action on November 20, 2025.

2. Plaintiffs served the Sourcis Defendants with the waivers of service of summons on March 6, 2026.

3. The Parties first stipulated to extend the Sourcis Defendants’ deadline to respond to the Complaint to June 2, 2026.

4. On June 5, 2026, the Court granted the Parties' second stipulation to extend the Sourcis Defendants' responsive pleading deadline to July 28, 2026.

5. At that time, counsel for the Sourcis Defendants were unable to communicate with their clients and were preparing to file a Motion to Withdraw as Counsel of Record.

6. Since then, the Sourcis Defendants and their counsel have reestablished communication, and counsel may continue to represent the Sourcis Defendants in this action pending further discussions. Accordingly, another extension is warranted.

7. There are no other pending deadlines in this case that would be affected by the request for extension.

8. Accordingly, the Parties agree that the Sourcis Defendants will now have until August 18, 2026 to file a responsive pleading to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED: 07/28/2026

BUCHALTER LLP

By: *___/s/ EMILY MALHIOT___________*

Emily G. Malhiot
Attorneys for Defendants
Sourcis, Inc. and Shahram Elli, Ph.D.

DATED: 07/28/2026

SCHULTZ LAW GROUP, PC

By: *___/s/ STEVEN SCHULTZ___________*

Steven H. Schultz
Attorney for Plaintiffs
Tad Roemeling and Austin Roemeling

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor, Defendants **Sourcis, Inc. and Shahram Elli** shall have until **August 18, 2026**, to file their responsive pleading to Plaintiffs' Complaint.

**IT IS SO ORDERED**.

Dated: July 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE