BUCHALTER LLP
Josh H. Escovedo, State Bar No. 284506
jescovedo@buchalter.com
Emily G. Malhiot, State Bar No. 330082
emalhiot@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

Attorneys for Defendants
Sourcis, Inc. and Shahram Elli, Ph.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

TAD ROEMELING and AUSTIN ROEMELING,

Plaintiffs,

vs.

SOURCIS, INC., DBA MEXICO BARIATRIC CENTER; MEXICO BARIATRIC CENTER; SHAHRAM ELLI, PH.D.; HOSPITAL AZAR; AZAR SPECIALTY HOSPITAL; DR. JESUS DE JESUS CEJA ESQUIVEZ, and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:25-cv-03381-JAM-CSK

**FOURTH STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Eastern District Local Rule 144(a), Plaintiffs Tad Roemeling and Austin Roemeling and Defendants Sourcis, Inc. and Shahram Elli, Ph.D. (collectively, "Sourcis Defendants"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs filed this action on November 20, 2025.

2. Plaintiffs served the Sourcis Defendants with the waivers of service of summons on March 6, 2026.

3. The Parties first stipulated to extend the Sourcis Defendants' deadline to respond to the Complaint to June 2, 2026.

4. On June 5, 2026, the Court granted the Parties' second stipulation to extend the Sourcis Defendants' responsive pleading deadline to July 28, 2026.

5. On July 29, 2026, the Court granted the Parties' third stipulation to extend the Sourcis Defendants' responsive pleading deadline to August 18, 2026.

6. As stated in previous stipulations, the Sourcis Defendants and their counsel have had ongoing discussions about representation and have finally agreed to continued representation in this action.

7. The Sourcis Defendants intend to file a motion to dismiss the Complaint, but the Parties need additional time to meet and confer in accordance with the Court's standing order. Accordingly, another extension is warranted.

8. There are no other pending deadlines in this case that would be affected by the request for extension.

9. Accordingly, the Parties agree that the Sourcis Defendants will now have until September 1, 2026 to file a responsive pleading to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED: August 13, 2026

BUCHALTER LLP

By: /s/EMILY MALHIOT
Emily G. Malhiot
Attorneys for Defendants
Sourcis, Inc. and Shahram Elli, Ph.D.

DATED: August 13, 2026

SCHULTZ LAW GROUP, PC

By: /s/ STEVEN SCHULTZ
Steven H. Schultz
Attorney for Plaintiffs
Tad Roemeling and Austin Roemeling

# ORDER

Pursuant to the fourth stipulation of the Parties, and good cause appearing therefor, Defendants **Sourcis, Inc. and Shahram Elli** shall have until **September 01, 2026**, to file their responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: August 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE