BUCHALTER LLP
Josh H. Escovedo, State Bar No. 284506
jescovedo@buchalter.com
Emily G. Malhiot, State Bar No. 330082
emalhiot@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170

Attorneys for Defendants
Sourcis, Inc. and Shahram Elli, Ph.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

TAD ROEMELING and AUSTIN ROEMELING,

Plaintiffs,

vs.

SOURCIS, INC., DBA MEXICO BARIATRIC CENTER; MEXICO BARIATRIC CENTER; SHAHRAM ELLI, PH.D.; HOSPITAL AZAR; AZAR SPECIALTY HOSPITAL; DR. JESUS DE JESUS CEJA ESQUIVEZ,

Defendants.

Case No. 2:25-cv-03381-JAM-CSK

**SIXTH STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Eastern District Local Rule 144(a), Plaintiffs Tad Roemeling and Austin Roemeling and Defendants Sourcis, Inc. and Shahram Elli, Ph.D. (collectively, "Sourcis Defendants"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs filed this action on November 20, 2025.

2. Plaintiffs served the Sourcis Defendants with the waivers of service of summons on March 6, 2026.

3. The Parties first stipulated to extend the Sourcis Defendants' deadline to respond to the Complaint to June 2, 2026.

4. On June 5, 2026, the Court granted the Parties' second stipulation to extend the

Sourcis Defendants' responsive pleading deadline to July 28, 2026.

5. On July 29, 2026, the Court granted the Parties' third stipulation to extend the Sourcis Defendants' responsive pleading deadline to August 18, 2026.

6. On August 14, 2026, the Court granted the Parties' fourth stipulation to extend the Sourcis Defendants' responsive pleading deadline to September 1, 2026.

7. On September 4, 2026, the Court granted the Parties' fifth stipulation to extend the Sourcis Defendants' responsive pleading deadline to September 24, 2026.

8. As stated in previous stipulations, the Sourcis Defendants and their counsel had ongoing discussions about representation and have finally agreed to continued representation in this action.

9. The Parties have met and conferred on the Sourcis Defendants' proposed motion to dismiss the Complaint and/or a motion to compel arbitration. Plaintiffs have agreed to file an amended complaint, which Plaintiffs' counsel intends to do upon returning from a previously scheduled international vacation. The Parties are also continuing to discuss the applicability and viability of compelling arbitration following the anticipated amendment. An additional extension is therefore warranted to allow the Parties sufficient time to complete these efforts and potentially avoid unnecessary motion practice.

10. There are no other pending deadlines in this case that would be affected by the request for extension.

11. Accordingly, the Parties agree that the Sourcis Defendants will now have until October 9, 2026 to file a responsive pleading to Plaintiffs' Complaint.

///

///

///

///

///

**IT IS SO STIPULATED.**

DATED: September 22, 2026

BUCHALTER LLP

By: */s/ EMILY MALHIOT*
Emily G. Malhiot
Attorneys for Defendants
Sourcis, Inc. and Shahram Elli, Ph.D.

DATED: September 18, 2026

SCHULTZ LAW GROUP, PC

By: */s/ STEVEN SCHULTZ*
Steven H. Schultz
Attorney for Plaintiffs
Tad Roemeling and Austin Roemeling

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefor, Defendants **Sourcis, Inc. and Shahram Ellis** shall have until **October 09, 2026,** to file their responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated: September 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE